UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR12-095-RAJ |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JOSHUA DAWSON, | |
| Defendant. | |

<u>Offense charged</u>: Conspiracy to Unlawfully Deal in Firearms; Unlawful Dealing in Firearms; Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>: April 19, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant's past criminal record includes failures to appear for hearing, resulting in bench warrant activity. Defendant is alleged to have attempted to evade arrest when arrested on the current charges, fleeing in a car and hitting four other occupied vehicles. A loaded handgun is alleged to have been found in his vehicle.

2. The instant charges involve allegations relating to trafficking in multiple high quality semi-automatic weapons, shotguns, illegally sawed-off shotguns and a silencer. Defendant and most of his co-defendants have prior felony convictions, which would prohibit them from possessing firearms. Many of the weapons were allegedly stolen several days previously and the weapon alleged possessed by defendant is said to have been involved in a shooting in the South Lake Union area three days prior to his arrest.

3. Defendant admits to recent use of controlled substances and is alleged to have admitted current gang membership.

4. Defendant poses a risk of nonappearance due to a history of failing to appear, substance abuse issues, possible mental health issues and his attempt to flee at the time of arrest. He poses a risk of danger due to possible gang involvement, the nature and circumstances of the current charges and substance abuse and mental health issues.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 19th day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge